IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
and THE STATE OF GEORGIA, ex
rel. ROSA SILER

        Plaintiffs,

v.

PRIMROSE PHARMACY LLC, et
al,

        Defendants.

1:14-cv-2846-WSD

## OPINION AND ORDER

The United States (the "Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

**IT IS HEREBY ORDERED** that,

1. The Complaint [3] be unsealed and is required to be served on the Defendants by the Relator.

2. This Order and The Government's Notice of Election to Decline Intervention at This Time (the "Declination Election") [15] is unsealed. The Relator will serve this Order and the Declination Election on the Defendants after the Complaint is served by the Relator.

3. All other submissions filed by the Government in this action will remain

under seal, and will not be served on Defendants.

4. All matters filed in this action after the date of this Order will not be filed under seal.

**IT IS FURTHER ORDERED** that,

1. The parties will serve upon the Government all pleadings and motions filed in this action, including supporting memoranda, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

2. The parties will serve upon the Government a copy of any notices of appeal filed in this action.

3. The Clerk of Court will forward to the Government a copy of each order entered by the Court in this action.

4. If the Relator or the Defendants propose that this action be dismissed, settled, or otherwise resolved or discontinued, the parties will solicit the written consent of the Government before the Court is requested to rule on any request to dismiss, settle or otherwise resolve or discontinue this action.

**SO ORDERED** this 16th day of July, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE