# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the State of GEORGIA, <br><br> Plaintiffs, <br><br> *Ex rel.*, <br><br> Rosa Siler, <br><br> Plaintiff-Relator, <br><br> v. <br><br> PRIMROSE PHARMACY LLC; KARL BUCHOLZ, INC. d/b/a DIABETIC PHARMACY SOLUTIONS; KARL R. BLASS-SCHUTZ; KARL BUCHOLZ; and SCOTT NAVANI, <br><br> Defendants. | **Case No. 1:14-cv-2846-WSD** <br><br> **RELATOR'S MOTION FOR VOLUNTRAY DISMISSAL** |

## RELATOR'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff-Relator Rosa Siler, by and through her undersigned counsel, respectfully moves pursuant to 31 U.S.C. § 3730(b)(1) and Federal Rule of Civil Procedure 41(a)(2) to voluntarily dismiss this action without prejudice to Plaintiff-Relator, the United States of America, or the State of Georgia.

This case was filed under seal on behalf of the United States and Georgia pursuant to the federal False Claims Act, 31 U.S.C. §§ 3730(b)(2) *et seq.,* and the Georgia False Medicaid Claims Act, Ga. 49-4-168.2. The federal False Claims act requires the United States Attorney General to diligently investigate civil actions brought by *qui tam* relators like Ms. Siler. *See* 31 U.S.C. § 3730(a). Pursuant to its investigation, the United States declined to intervene in this action. United States' Notice of Election to Decline Intervention, July 14,

2015, ECF No. 15. Also on July 14, 2015, the State of Georgia declined to intervene in this action. ECF No. 14. Accordingly, Plaintiff-Relator desires to voluntarily dismiss this case without prejudice to herself, the United States, or the State of Georgia. Relator has not served her Complaint on any of the Defendants.

This case may only be dismissed by order of the Court. *Compare* 31 U.S.C. § 3730(b), with Fed. R. Civ. P. 41 (plaintiff's right to voluntary dismissal is "[s]ubject to […] any applicable federal statute"). As such, Plaintiff-Relator respectfully moves the Court for an order of voluntary dismissal without prejudice. The United States and the State of Georgia consent to this dismissal and entry of the proposed order of dismissal being submitted in conjunction with this motion.

In light of the foregoing, this motion should be granted.

Respectfully submitted,

___/s/_____
Lindsay R.M. Jones
GA Bar No. 141854
Cook Levertt, PC
Attorneys at Law
3350 Peachtree Rd. NE
Suite 1100
Atlanta, GA 30326
(404) 841-8485
(404) 841-8045 (fax)

Reuben A. Guttman
GA Bar No. 315929
Traci L. Buschner
Admitted *pro hac vice*
Guttman, Buschner & Brooks PPLC
Attorneys at Law
1625 Massachusetts Ave., NW
Suite 500
Washington, DC 20036
(202) 800-3001
(202) 827-0041 (fax)

## COUNSEL FOR RELATOR
## **CERTIFICATE OF SERVICE**

I hereby certify that copies of Relator's Motion for Voluntary Dismissal and Proposed Order was served upon the following persons, this 29th day of October 2015, via ECF.

| | |
|---|---|
| **United States** | |
| John A. Horn<br>Acting United States Attorney for the Northern District of Georgia<br>c/o David A. O'Neal, AUSA<br>United States' Attorney's Office<br>Richard B. Russell Federal Building<br>75 Spring Street, S.W., Suite 600<br>Atlanta, GA 30303-3309 | |
| **State of Georgia** | |
| Attorney General Sam Olens<br>C/O Sara Vann<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | |

\_\_\_/s/_____
Lindsay R.M. Jones